IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01242-DME-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 24, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                          *Counsel:*

DAVID WALKER,                              Sean Michael McDermott

    Plaintiff,

v.

ARTURO ZEPEDA, *et al.*,                   Julia A. Bannon

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     11:30 a.m.**
Court calls case. Appearances of counsel. Attorney Steven Hall also on the line for the individually named police officers.

Discussion regarding plaintiff's Unopposed MOTION to Stay re #32 Scheduling Order In Abeyance (Docket No. 43, filed on 2/8/2012) and defendant's non-referred MOTION to Dismiss #1 Complaint (Docket No. 37, filed on 11/28/2011).

Discussion regarding excessive force and responsible force, claims and allegations in the Complaint, related case law, Judge Ebel's practice standards specifically related to the extension of deadlines, possible trial setting before Judge Ebel, the filing of a Motion for Qualified Immunity, staying discovery and what discovery has already been completed, previously held Scheduling Conference, disinterested witnesses, expert witnesses, depositions, disclosure of medical records, Mr. McDermott's previously filed Motions for Extension of Time, possible time line for ruling by Judge Ebel on Motion to Dismiss, and if there is a better way to resolve this case short of litigation.

Mr. McDermott makes an oral motion to withdraw the Unopposed MOTION to Stay re #32

Scheduling Order In Abeyance (Docket No. 43, filed on 2/8/2012).  Counsel for the defendant's have any objection.

Mr. McDermott advises counsel for the defendant's that he will have written discovery for them on Monday, February 27, 2012.  Mr. McDermott further advises counsel that he will have updated disclosure on damages and medical expenses for them soon.  Parties agree to continue to correspond with each other regarding written discovery, contacting the court if needed.

**ORDERED:**   The court will allow plaintiff's Unopposed MOTION to Stay re 32 Scheduling Order In Abeyance (Docket No. 43, filed on 2/8/2012) to be **WITHDRAWN**.

HEARING CONCLUDED.

**Court in recess**:    **12:01 p.m.**
Total time in court:    00:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.