**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-01242-DME-CBS

DAVID WALKER,

       Plaintiff,

v.

CITY OF AURORA,
a municipality,

       Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

       This matter comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice. (Doc. 56.) As grounds the parties state that they have reached a resolution of the matter. The motion is GRANTED. This action is DISMISSED with prejudice, each side to bear its own costs and attorneys' fees.

       Dated this ____8th____ day of _____June___, 2012.

                             BY THE COURT:

                             *s/ David M. Ebel*

                             U. S. CIRCUIT COURT JUDGE